**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 09 CR 669-5 |
| | Judge James B. Zagel |
| ANTONIO AGUILERA. | |

## MEMORANDUM OPINION AND ORDER

In the case of Antonio Aguilera, Amendment 782 does not lower his guideline range. Because of the amount of cocaine involved, the sentence guideline range remains at level 38. As a result, his guideline range was not reduced or changed. The remedy that Petitioner seeks is not available unless his sentencing range is subsequently lowered, and his guideline has not been lowered in his case. The motion to reduce sentence is therefore denied.

ENTER:

James B. Zagel
United States District Judge

DATE: January 19, 2016